UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIELLE J. PLAIR, as Personal
Representative of the ESTATE OF
KALIEB L. SOLOMAN, Deceased,

    Plaintiff,

v.

COUNTY OF MACOMB, a political
Subdivision of the State of Michigan;
RYAN STEMPNIEWSKI and
TIMOTHY RICKERT;
Jointly and Severally,

    Defendants.

Case No 21-12275
Judge Arthur J. Tarnow
Magistrate Anthony P. Patti

| | |
|---|---|
| Trevor B. Garrison (P69255)<br>Anlyn Marie Ellen Addis (P76568<br>GARRISON LAW<br>Attorneys for Plaintiff<br>1523 N. Main<br>Royal Oak, MI  48067<br>248.847.1000<br>tgarrison@garrison-law.com<br>aaddis@garrison-law.com | John J. Gillooly (P41948)<br>Kathleen M. Griffith (P79921)<br>GARAN LUCOW MILLER, P.C.<br>Attorneys for Defendants<br>1155 Brewery Park Blvd., Ste 200<br>Detroit, MI  48207<br>313.446.5501<br>jgillooly@garanlucow.com<br>kgriffith@garanlucow.com |

## APPEARANCE AND

## NOTICE OF ENTRY OF APPEARANCE

## **APPEARANCE**

PLEASE ENTER the appearance of KATHLEEN M. GRIFFITH of GARAN LUCOW MILLER, P.C. as attorney for Defendants, COUNTY OF MACOMB, RYAN STEMPNIEWSKI and TIMOTHY RICKERT, in the above-entitled cause.

|  | Respectfully Submitted: |
|---|---|
|  | /s/Kathleen M. Griffith<br>GARAN LUCOW MILLER, P.C.<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI  48207<br>313.446.5560<br>kgriffith@garanlucow.com |
| Dated:  December 7, 2021 | P79921 |

## **NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that KATHLEEN M. GRIFFITH of GARAN LUCOW MILLER, P.C., has entered her appearance as attorney for Defendants, COUNTY OF MACOMB, RYAN STEMPNIEWSKI and TIMOTHY RICKERT, in the above-entitled cause.

|  | Respectfully Submitted: |
|---|---|
|  | /s/Kathleen M. Griffith<br>GARAN LUCOW MILLER, P.C.<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI  48207<br>313.446.5560<br>kgriffith@garanlucow.com |
| Dated:  December 7, 2021 | P79921 |

#4863967

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, my assistant, John Q. Adams, electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Anlyn Marie Ellen Addis**
aaddis@garrison-law.com

**Trevor B. Garrison**
tgarrison@garrison-law.com, mbohde@garrison-law.com

and I hereby certify that on December 7, 2021, my assistant, John Q. Adams, mailed by United States Postal Service the foregoing document to the following non-ECF participants, with full legal postage prepaid thereon and deposited in the United States mail:

**NA**

/s/Kathleen M. Griffith
1155 Brewery Park Blvd., Suite 200
Detroit, MI  48207
313.446.5560
kgriffith@garanlucow.com
P79921